**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 97-2513-CIV-HIGHSMITH

LEROY JOHN TAFFE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING 60(b)(4) MOTION TO VACATE JUDGMENT

THIS CAUSE is before the Court upon Petitioner's motion to vacate judgment pursuant to Federal Rule of Civil Procedure 60(b)(4) **[DE 9]**. Petitioner filed his original Motion to Vacate sentence pursuant to 28 U.S.C. §2255 on August 8, 1997. An order denying the §2255 motion was entered on May 29, 1998, and this case was CLOSED. On September 18, 2006, Petitioner filed a motion pursuant to Rule 60(b)(6), to set aside the judgment denying the §2255. That motion to vacate was also denied. Now, nearly ten (10) years after the denial of his §2255 motion, Petitioner seeks, yet again, to vacate that judgment, this time pursuant to Rule 60(b)(4).

Rule 60(b) provides that a motion for relief from judgment should be made "within a reasonable time". Notwithstanding the fact that this Court finds that Petitioner's Motion was not made within a reasonable time, upon review of the Motion,

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

the Court finds no valid grounds justifying the relief sought. Therefore, it is hereby

ORDERED AND ADJUDGED that Petitioner's Motion to set aside judgment pursuant to Rule 60(b)(4) **[DE 9]** is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of March, 2008.

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    Leroy John Taffe, Pro Se
        #36236-004
        US Penitentiary Pollock
        PO Box 2099
        Pollock, LA 71467